**RIMAC MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
ANNA M. MARTIN - State Bar No. 154279
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA;
THOMAS WEISEL PARTNERS, LLC LONG TERM
DISABILITY PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK STEPHAN, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS WEISEL PARTNERS, LLC (Long-Term Disability Plan) and UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendants. | CASE NO. CV 08 1935 <br><br> **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

    The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Mark Stephan, plaintiff.

    2.    Unum Life Insurance Company of America, defendant.

    3.    Unum Group, defendant Unum Life Insurance Company of America's parent corporation.

---

1     4.    Thomas Weisel Partners LLC Long Term Disability Plan

    These representations are made to enable the Court to evaluate possible disqualification or recusal.

RIMAC & MARTIN, P.C.

DATED: April 11, 2008     By: _____
ANNA M. MARTIN
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA; THOMAS WEISEL PARTNERS, LLC LONG TERM DISABILITY PLAN

-2-

DEFENDANTS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS     CASE NO.