1  **RIMAC MARTIN, P.C.**
   JOSEPH M. RIMAC - State Bar No. 72381
2  ANNA M. MARTIN - State Bar No. 154279
   1051 Divisadero Street
3  San Francisco, California 94115
   Telephone (415) 561-8440
4  Facsimile (415) 561-8430

5  Attorneys for Defendants
   UNUM LIFE INSURANCE COMPANY OF AMERICA;
6  THOMAS WEISEL PARTNERS, LLC LONG TERM
   DISABILITY PLAN
7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11                                                          *E-FILING*

12 | MARK STEPHAN,                    )
   |                                  )   CASE NO. CV 08 1935 MHP
13 |                                  )
   |         Plaintiff,               )
14 |                                  )   **PROOF OF SERVICE OF INITIAL**
   |    vs.                           )   **COURT DOCUMENTS**
15 |                                  )
   | THOMAS WEISEL PARTNERS, LLC (Long-)
16 | Term Disability Plan) and UNUM LIFE)
   | INSURANCE COMPANY OF AMERICA,    )
17 |                                  )
   |         Defendants.              )
18 |_____)

19

20

21

22

23

24

25

26

27

28

---

-1-

**PROOF OF SERVICE BY MAIL**                                 CASE NO. CV 08 1935 MHP

PROOF OF SERVICE BY MAIL

I am employed at Rimac & Martin, 1051 Divisadero Street, San Francisco, California 94115. I am over the age of 18 years and am not a party to this action.

On April 14, 2008, I served the within **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES PACKET; U.S. DISTRICT COURT GUIDELINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION PACKET; ECF REGISTRATION INFORMATION HANDOUT** on the interested parties hereto by placing said document in a sealed envelope with first class postage fully prepaid thereon, and depositing same with the U.S. Postal Service at San Francisco, California, addressed as follows:

Terrence J. Coleman, Esq.
Brian H. Kim, Esq.
PILLSBURY & LEVINSON, LLP
600 Montgomery Street, 31st Floor
San Francisco, CA 94111

Mark D. DeBofsky, Esq.
DALEY, DeBOFSKY & BRYANT
55 W. Monroe Street, Suite 2440
Chicago, IL 60603

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 14, 2008, at San Francisco, California.

Karl H. Plischke