Arnold R. Levinson     (State Bar No. 066583)
Terrence J. Coleman    (State Bar No. 172183)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email:  alevinson@pillsburylevinson.com, tcoleman@pillsburylevinson.com

Attorneys for Plaintiff
MARK STEPHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STEPHEN,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS WEISEL PARTNERS, LLC (Long-Term Disability Plan) and UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Defendants. | Case No.  CV 08 1935 MHP<br><br>**PLAINTIFF MARK STEPHEN'S DEMAND FOR TRIAL BY JURY** |

    Plaintiff Mark Stephan hereby demands a trial by jury on all issues in this action in accordance with the Federal Rules of Civil Procedure.

Dated:  April 25, 2008        PILLSBURY & LEVINSON, LLP

                                   By:  _____/s/_____
                                        Terrence J. Coleman
                                        Attorneys for Plaintiff
                                        MARK STEPHAN