# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Stephan,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Thomas Weisel Partners, LLC,<br><br>　　　　　　Defendant(s). | 08-01935 MHP<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-01935 MHP                                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: July 3, 2008

                         RICHARD W. WIEKING
                         Clerk
                         by:   Lisa Salvetti

                         _____/s/_____
                         ADR Administrative Assistant
                         415-522-2032
                         lisa_salvetti@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-01935 MHP                             -2-

PROOF OF SERVICE

Case Name:      Stephan v. Thomas Weisel Partners, LLC

Case Number:    08-01935 MHP

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 3, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Terrence J. Coleman
> Pillsbury & Levinson LLP
> 600 Montgomery Street
> 31st Floor
> Transamerica Pyramid
> San Francisco, CA 94111
> tcoleman@pillsburylevinson.com
>
> Mark D. DeBofsky
> Daley, Debofsky & Bryant
> 55 W. Monroe Street
> Suite 2440
> Chicago, IL 60603
>
> Brian Henry Kim
> Pillsbury Levinson LLP
> 600 Montgomery Street
> 31st Floor
> San Francisco, CA 94111
> bkim@pillsburylevinson.com

Joseph M. Rimac
Rimac & Martin, P.C.
1051 Divisadero Street
San Francisco, CA 94115
jrimac@rimacmartin.com

Anna M. Martin
Rimac & Martin, P.C.
1051 Divisadero Street
San Francisco, CA 94115
annamartin@rimacmartin.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 3, 2008 in San Francisco, California.

    RICHARD W. WIEKING
    Clerk
    by:    Lisa Salvetti

    _____/s/_____
    ADR Administrative Assistant
    415-522-2032
    lisa_salvetti@cand.uscourts.gov