UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARK STEPHAN,

Plaintiff(s),

CASE NO. CV 08 1935 MHP

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

THOMAS WEISSEL PARTNERS, LLC,
(LTD Plan), et al.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✔ have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference July 21, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Anna M. Martin | Defs. LTD Plan and Unum Life Ins. Co. | (415) 561-8440 | amartin@rimacmartin.com |
| Mark DeBofsky | Plaintiff Mark Stephan | (312) 372-5200 | mdebofsky@ddbchicago.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: July 9, 2008

/s/ Mark DeBofsky
Attorney for Plaintiff

Dated: July 8, 2008

/s/ Anna M. Martin
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."