1  **RIMAC MARTIN**
   a Professional Corporation
2  ANNA M. MARTIN, ESQ. - State Bar No. 154279
   WILLIAM REILLY, ESQ. - State Bar No. 177550
3  1051 Divisadero Street
   San Francisco, CA 94115
4  Telephone: (415) 561-8440
   Facsimile: (415) 561-8430
5  email: amartin@rimacmartin.com, w_reilly@rimacmartin.com

6  Attorneys for Defendants
   THOMAS WEISEL PARTNERS, LLC
7  (Long-Term Disability Plan) and
   UNUM LIFE INSURANCE COMPANY OF AMERICA
8
   **PILLSBURY & LEVINSON, LLP**
9  TERRENCE J. COLEMAN - State Bar No. 172181
   BRIAN H. KIM- State Bar No. 215492
10 The Transamerica Pyramid
   600 Montgomery Street, 31st Floor
11 San Francisco, CA 94111
   Telephone: (415) 433-8000
12 Facsimile: (415) 433-4816
   email: tcoleman@pillsburylevinson.com, bkim@pillsburylevinn.com
13
   **DALEY, DeBOFSKY & BRYANT**
14 MARK D. DeBOFSKY *Pro Hac Vice*
   55 W. Monroe Street, Suite 2440
15 Chicago, IL 60603
   Telephone: (312) 372-5200
16 Facsimile: (312) 372-2778
   email: mdebofsky@ddbchicago.com
17
   Attorneys for Plaintiff
18 MARK STEPHAN

19                  **UNITED STATES DISTRICT COURT**

20         **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

21

22 MARK STEPHAN,                           )
                                           )   **CASE NO. CV 08 1935 MHP**
23              Plaintiff,                 )
                                           )   **JOINT CASE MANAGEMENT**
24      vs.                                )   **CONFERENCE STATEMENT**
                                           )
25 THOMAS WEISEL PARTNERS, LLC (Long-      )
   Term Disability Plan) and UNUM LIFE     )
26 INSURANCE COMPANY OF AMERICA,           )
                                           )
27              Defendant.                 )
                                           )
28 _____ )

The parties in the above-captioned matter submit this Case Management Statement and Proposed Order, and request the Court adopt it as its Case Management Order for this case.

## DESCRIPTION OF CASE

1. Description of the Case

This case relates to an employee welfare benefit plan governed by ERISA. The plaintiff, Mark Stephan, was an employee of Thomas Weisel Partners, LLC which procured group long term disability insurance underwritten by UNUM Life Insurance Company of America. After sustaining a C2 fracture in a bicycling accident in August 2007, Stephan filed a claim for disability benefits which UNUM approved. Thus, this lawsuit does not present an issue as to whether plaintiff is disabled as UNUM determined that he meets the definition of disability. Instead, the dispute raised by this lawsuit centers on the amount of monthly disability benefits that are being paid to plaintiff and the determination of the Plaintiff's pre-disability earnings.

2. The principal factual issues which the parties dispute.

    a. Whether UNUM's calculation of the monthly disability benefit was in accordance with the terms of the policy.

3. The principal factual and legal bases for plaintiff's claims and defendant's defenses are:

    a. The standard of review to be applied in this case.

    b. The contractual interpretation of the policy provisions relating to the calculation of monthly disability benefits.

4. Defendants intend to bring a motion for summary judgment to allow the Court to review UNUM's determination regarding the amount of Mr. Stephen's monthly disability benefit. Plaintiff contends that a motion for summary judgment may be inappropriate, but that the court would instead conduct a trial on the papers in accordance with *Kearney v. Standard Ins. Co.*, 175 F.3d 1084,1094-1095 (9th Cir. 1999).

5. All parties have been served.

6. The parties do not anticipate the joinder of additional parties.

/ / /

1    7.    The parties do not consent to assignment of the case to a United States Magistrate
2  Judge for trial.

### ALTERNATIVE DISPUTE RESOLUTION

The parties have not yet reached an agreement to an ADR process and have filed a notice of Need for ADR Phone Conference.

### INITIAL DISCLOSURES

Defendants have made their initial disclosure on July 2, 2008 comprising of the administrative record in this matter.

### DISCOVERY

Defendants assert that no discovery is permitted as the review of the denial of plaintiff's claim for benefits must be made by the Court based on the administrative record of the claims appeal that was before UNUM at the time it concluded benefits were not payable.  See *Kearney v. Standard Ins. Co.*, 175 F.3d 1084,1094-1095 (9th Cir. 1999) and *Taft v. Equitable Life Assurance Society*, 9 F.3d 1469, 1471-72 (9th Cir. 1993).  Plaintiff disagrees and intends to depose at least two of the UNUM employees involved in adjudicating Stephan's claim on the issue of conflict of interest.  *See, Metropolitan Life Ins.Co. v. Glenn,* No. 06-923, 2008 U.S.LEXIS 5030 (U.S.Sup.Ct. June 19, 2008); *Abatie v. Alta Health & Life Insur.Co.,* 458 F.3d 955 (9th Cir. 2006).

### TRIAL SCHEDULE

The parties request the following deadlines:

   a.  Dispositive motion deadline: February 9, 2009
   b.  Pretrial Conference:  March 9, 2009
   c:  Trial:  April 9, 2009

Defendant asserts that the trial of this action, if any, will be conducted with the Court's review of the administrative record supplemented by the argument of counsel.  The court trial in this matter should take no more than one day.  Neither party has requested a jury trial.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this

document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

                                                 RIMAC MARTIN
                                                 *a Professional Corporation*

DATED: July 10, 2008         By:   /s/ ANNA M. MARTIN
                                                  ANNA M. MARTIN
                                                  Attorneys for Defendants
                                                  THOMAS WEISEL PARTNERS, LLC (Long-Term Disability Plan) and UNUM LIFE INSURANCE COMPANY OF AMERICA

                                                   PILLSBURY & LEVINSON, LLP

DATED: July 10, 2008         By:   /s/ TERRENCE J. COLEMAN
                                                  TERRENCE J. COLEMAN
                                                  Attorneys for Plaintiff
                                                  MARK STEPHAN

                                                  DALEY, DeBOFSKY & BRYANT

DATED: July 10, 2008         By:   /s/ MARK D. DEBOFSKY
                                                  MARK D. DeBOFSKY *pro hac vice*
                                                  Attorneys for Plaintiff
                                                  MARK STEPHAN