| | |
|---|---|
| 1 | Arnold R. Levinson    (State Bar No. 066583) |
| | Terrence J. Coleman  (State Bar No. 172183) |
| 2 | Brian H. Kim             (State Bar No. 215492) |
| | PILLSBURY & LEVINSON, LLP |
| 3 | The Transamerica Pyramid |
| | 600 Montgomery St., 31st Floor |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 433-8000 |
| 5 | Facsimile:   (415) 433-4816 |
| | Email:  alevinson@pillsburylevinson.com |
| 6 |           tcoleman@pillsburylevinson.com |
| |           bkim@pillsburylevinson.com |

Attorneys for Plaintiff
MARK STEPHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STEPHAN, | Case No. CV 08 1935 MHP |
| Plaintiff, | **PLAINTIFF MARK STEPHAN'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |
| v. | |
| THOMAS WEISEL PARTNERS, LLC (Long-Term Disability Plan) and UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | **[Local Rule 3-16]** |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 14, 2008                    PILLSBURY & LEVINSON, LLP

By:    /s/
Terrence J. Coleman
Brian H. Kim
Attorneys for Plaintiff
MARK STEPHAN