**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: July 21, 2008

Case No.   C 08-1935  MHP            Judge: MARILYN H. PATEL

Title: MARK STEPHAN -v- THOMAS WEISAL PARTNERS LLC et al

Attorneys:  Plf: Terrance Coleman
            Dft: William Reilly

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion of underlying claims; Discovery limited re Standard of Review to be completed within 90 days; Counsel to submit protective order;

Telephonic Conference set for 8/20/2008 at 3:00 pm; Defendant to initiate phone conference.