1  Terrence J. Coleman    (State Bar No. 172183)
   Brian H. Kim              (State Bar No. 215492)   **FILED**
2  PILLSBURY & LEVINSON, LLP
   The Transamerica Pyramid                          08 JUL 22 PM 1: 26
3  600 Montgomery St., 31st Floor
   San Francisco, California 94111                    RICHARD W. WIEKING
4  Telephone: (415) 433-8000                          CLERK. U.S. DISTRICT COURT
   Facsimile:  (415) 433-4816                          NORTHERN DISTRICT OF CALIFORNIA
5  Email:  tcoleman@pillsburylevinson.com
           bkim@pillsburylevinson.com
6
   Mark D. DeBofsky
7  DALEY, DEBOFSKY & BRYANT
   55 W. Monroe St., Suite 2440
8  Chicago, IL  60603
   Telephone:  312-372-5200
9  Facsimile:  312-372-2778
   Email: mdebofsky@ddbchicago.com
10
   Attorneys for Plaintiff
11 MARK STEPHAN

12

13                  UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16 MARK STEPHAN,                          )   Case No.  CV 08 1935 MHP
                                          )
17             Plaintiff,                 )   **APPLICATION FOR ADMISSION**
                                          )   **OF ATTORNEY *PRO HAC VICE***
18 v.                                     )
                                          )
19 THOMAS WEISEL PARTNERS, LLC            )
   (Long-Term Disability Plan) and UNUM   )
20 LIFE INSURANCE COMPANY OF              )
   AMERICA, et al.,                       )
21                                        )
               Defendants.                )
22 _____    )

23

24        Pursuant to Civil L.R. 11-3, Mark D. DeBofsky, an active member in good standing of

25 the bars of the Northern District of Illinois and the Supreme Court of Illinois, hereby applies

26 for admission to practice in the Northern District of California on a pro hac vice basis

27 representing plaintiff Mark Stephan in the above-entitled action.

28        In support of this application, I certify on oath that:

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

1.   I am an active member in good standing of a United States Court or of the highest court of another State or in the District of Columbia, as indicated above;

2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.   An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone of that attorney is:

> Terrence J. Coleman
> Pillsbury & Levinson LLP
> 600 Montgomery St., 31st Floor
> San Francisco, CA  94111
> Telephone:  415-433-8000
> Facsimile:  415-433-4816
> Email:  tcoleman@pillsburylevinson.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July _11_, 2008          DALEY, DEBOFSKY & BRYANT

By:_____

Mark D. DeBofsky

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE                    Case No. CV 08 1935 MHP

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

**PROOF OF SERVICE**

*Stephan v. Thomas Weisel Partners, et al.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I, the undersigned, declare that I am a citizen of the United States; my business address is The Transamerica Pyramid, 600 Montgomery Street, 31ˢᵗ Floor, San Francisco, California 94111; I am employed in the City and County of San Francisco; I am over the age of eighteen (18) years and not a party to the within action.

On July 22, 2008, I served the foregoing document(s) described as:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; [PROPOSED] ORDER GRANTING APPLICATION OF ADMISSION OF ATTORNEY *PRO HAC VICE***

on the interested party(ies) in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Joseph M. Rimac | Attorneys for Defendants |
| Anna M. Martin | Thomas Weisel partners, LLC and |
| Rimac & Martin | UNUM Life Insurance Company of |
| 1051 Divisadero Street | America |
| San Francisco, CA 94115 | |
| 415/561-8440 | |
| Fax: 415/561-8430 | |
| jrimac@rimacmartin.com | |
| annamartin@rimacmartin.com | |

☒ **BY MAIL:** I caused such envelope(s), fully prepaid, to be placed in the United States mail at San Francisco, California. I am "readily familiar" with this firm's practice for collection and processing of correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service the same day, with postage thereon fully prepaid, at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY FACSIMILE:** In addition to service by mail, on this date I transmitted a copy of the foregoing document(s) to the facsimile number(s) shown above.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by **WESTERN MESSENGER,** a local San Francisco messenger service, by hand on the same day, addressed to the interested party(ies) at the address(es) set forth above.

☐ **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered by FEDERAL EXPRESS, overnight delivery, addressed to the interested party(ies) at the address(es) set forth above.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other

indication that the transmission was unsuccessful.

1

2    ⊠    **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3    Executed on July 22, 2008, at San Francisco, California.

4

5    Judy M. Behr

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PROOF OF SERVICE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611821541
Cashier ID: bucklem
Transaction Date: 07/22/2008
Payer Name: daley debofsky and bryant
------------------------------------
PRO HAC VICE
 For: mark d debofsky
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 8410
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:      $0.00

c08-1935mhp


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.