1  | Terrence J. Coleman   (State Bar No. 172183)
2  | Brian H. Kim          (State Bar No. 215492)
   | PILLSBURY & LEVINSON, LLP
3  | The Transamerica Pyramid
   | 600 Montgomery St., 31st Floor
4  | San Francisco, California 94111
   | Telephone: (415) 433-8000
5  | Facsimile:  (415) 433-4816
   | Email:  tcoleman@pillsburylevinson.com
6  |          bkim@pillsburylevinson.com

7  | Mark D. DeBofsky
   | DALEY, DEBOFSKY & BRYANT
8  | 55 W. Monroe St., Suite 2440
   | Chicago, IL  60603
9  | Telephone:  312-372-5200
   | Facsimile:  312-372-2778
10 | Email: mdebofsky@ddbchicago.com

11 | Attorneys for Plaintiff
   | MARK STEPHAN

RECEIVED
08 JUL 22 PM 1: 26
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK STEPHAN,

Plaintiff,

v.

THOMAS WEISEL PARTNERS, LLC
(Long-Term Disability Plan) and UNUM
LIFE INSURANCE COMPANY OF
AMERICA, et al.,

Defendants.

Case No.  CV 08 1935 MHP

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Mark D. DeBofsky, an active member in good standing of the bars of the Northern

District of Illinois and the Supreme Court of Illinois, whose business address and telephone

number are 55 W. Monroe St., Suite 2440, Chicago, IL  60603, Telephone: 312-372-5200,

Facsimile: 312-372-2778, having applied in the above-entitled action for admission to

-1-

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

1  practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff

2  Mark Stephan,

3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*

5  *hac vice.* Service of papers upon and communication with co-counsel designated in the

6  application will constitute notice to the party. All future filings in this action are subject to

7  the requirements contained in General Order No. 45, *Electronic Case Filing.*

8

9  Dated: _____

10                              MARILYN HALL PATEL
                               United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE                    Case No. CV 08 1935 MHP

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111