1  Terrence J. Coleman   (State Bar No. 172183)
   Brian H. Kim          (State Bar No. 215492)
2  PILLSBURY & LEVINSON, LLP
   The Transamerica Pyramid
3  600 Montgomery St., 31st Floor
   San Francisco, California 94111
4  Telephone: (415) 433-8000
   Facsimile:  (415) 433-4816
5  Email:  tcoleman@pillsburylevinson.com
           bkim@pillsburylevinson.com
6
   Mark D. DeBofsky
7  DALEY, DEBOFSKY & BRYANT
   55 W. Monroe St., Suite 2440
8  Chicago, IL  60603
   Telephone: 312-372-5200
9  Facsimile: 312-372-2778
   Email: mdebofsky@ddbchicago.com
10
   Attorneys for Plaintiff
11 MARK STEPHAN

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 MARK STEPHAN,                         )   Case No.  CV 08 1935 MHP
                                         )
17                 Plaintiff,            )   [PROPOSED] ORDER GRANTING
                                         )   APPLICATION FOR ADMISSION
18 v.                                    )   OF ATTORNEY *PRO HAC VICE*
                                         )
19 THOMAS WEISEL PARTNERS, LLC           )
   (Long-Term Disability Plan) and UNUM  )
20 LIFE INSURANCE COMPANY OF             )
   AMERICA, et al.,                      )
21                                       )
                   Defendants.           )
22 _____ )

23

24        Mark D. DeBofsky, an active member in good standing of the bars of the Northern

25 District of Illinois and the Supreme Court of Illinois, whose business address and telephone

26 number are 55 W. Monroe St., Suite 2440, Chicago, IL  60603, Telephone: 312-372-5200,

27 Facsimile: 312-372-2778, having applied in the above-entitled action for admission to

28

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-1-

RECEIVED
08 JUL 22 PM 1: 26
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff

2  Mark Stephan,

3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*

5  *hac vice.* Service of papers upon and communication with co-counsel designated in the

6  application will constitute notice to the party. All future filings in this action are subject to

7  the requirements contained in General Order No. 45, *Electronic Case Filing.*

8

9  Dated:    July 30, 2008



10      MARILYN HALL PATEL
        United States District

11      IT IS SO ORDERED

12

13      Judge Marilyn H. Patel

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE                    Case No. CV 08 1935 MHP

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111