**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 20, 2008

Case No.   C 08-1935  MHP          Judge: MARILYN H. PATEL

Title: MARK STEPHAN -v- THOMAS WEISAL PARTNERS LLC et al

Attorneys:  Plf: Mark Deboskey
            Dft: Anna Martin

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Telephonic Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Mediation not completed, to be completed by 10/30/2008; Discovery initiated; Plaintiff granted leave to appear at mediation via telephone;

Further status conference set for 11/17/2008 at 3:00 pm, with a joint status report to be filed one week prior to the conference.