# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Stephan,<br><br>            Plaintiff(s),<br><br>     v.<br><br>Thomas Weisel Partners, LLC,<br><br>            Defendant(s). | 08-01935 MHP MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Ellen S. James**
> JAMS
> Two Embarcadero Ctr., Ste. 1500
> San Francisco, CA 94111-5609
> 415-982-5267
> ejames@jamsadr.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01935 MHP MED                                      - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: August 28, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01935 MHP MED                          - 2 -