1  **PILLSBURY & LEVINSON, LLP**
2  Terrence Coleman, ESQ. - State Bar No. 172183
   600 Montgomery Street, 31st Fl.
3  San Francisco, CA 94111
   Telephone: (4150 433-8000
4  Facsimile: (415) 433-4816
   email: tcoleman@pillsburylevinson.com
5
   Attorneys for Plaintiff Mark Stephan
6
   **DALEY, DEBOFSKY & BRYANT**
7  Mark D. DeBofsky, ESQ admitted *Pro Hac Vice*
   55 W. Monroe Street, Ste 2440
8  Chicago, Illinois 60603
   Telephone: (312) 372-5200
9  Facsimile: (312) 372-2778
   email: mdebofskyy@addbchicago.com
10
   Attorneys for Plaintiff Mark Stephan
11
   **RIMAC MARTIN**
12 a Professional Corporation
   ANNA M. MARTIN, ESQ. - State Bar No. 154279
13 WILLIAM REILLY, ESQ. - State Bar No. 177550
   1051 Divisadero Street
14 San Francisco, CA 94115
   Telephone (415) 561-8440
15 Facsimile: (415) 561-8430
   email: amartin@rimacmartin.com, w_reilly@rimacmartin.com
16
   Attorneys for Defendants
17 THOMAS WEISEL PARTNERS, LLC
   (Long-Term Disability Plan) and
18 UNUM LIFE INSURANCE COMPANY OF AMERICA

19                    **UNITED STATES DISTRICT COURT**
20                    **NORTHERN DISTRICT OF CALIFORNIA**
21                        **SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK STEPHAN, | **E-FILING** |
| Plaintiff, | **CASE NO. CV 08 1935 MHP** |
| vs. | **STIPULATION OF DISMISSAL OF PREJUDICE OF DEFENDANT THOMAS WEISEL PARTNERS, LLC (LONG TERM DISABILITY PLAN) AND ORDER THEREON** |
| THOMAS WEISEL PARTNERS, LLC (Long-Term Disability Plan) and UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

-1-

**STIPULATION AND ORDER**                          **CASE NO. CV 08-1935 MHP**

1. Plaintiff's lawsuit seeks long term disability benefits pursuant to 29 U.S.C. Section 1132(a)(1)(b) under the Thomas Weisel Partners LLC (Long Term Disability Plan) ("Plan") which is wholly insured by Group Long Term Disability Policy, Number 537429 issued by UNUM Life Insurance Company of America. Because plaintiff's lawsuit only seeks disability benefits under Group LTD Policy Number 537429, the parties agree that the Plan; i.e., Thomas Weisel Partners, LLC (Long Term Disability Plan), is not a necessary defendant and the lawsuit may proceed against UNUM as the sole defendant.

2. Based on the parties' stipulation in paragraph 1, above, Defendant Thomas Weisel Partners LLC (Long Term Disability Plan) as the Plan and only as the Plan, which is the sole capacity in which it has been named in this litigation, shall be dismissed from this lawsuit with prejudice and without costs and/or attorney fees.

**SO STIPULATED**

RIMAC MARTIN
*a Professional Corporation*

DATED: August 29, 2008    By:    /s/ ANNA MARTIN
ANNA M. MARTIN
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA

DALEY, DEBOFSKY & BRYANT

DATED: August 29, 2008    By:    /s/ MARK DEBOFSKY
MARK D. DEBOFSKY
Attorney for Plaintiff Mark Stephan

PILLSBURY & LEVINSON, LLP

DATED: August 29, 2008    By:    /s/ TERRENCE COLEMAN
TERRENCE COLEMAN
Attorney for Plaintiff Mark Stephan

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The parties having so stipulated, **IT IS HEREBY ORDERED** that Thomas Weisel Partners LLC (Long Term Disability Plan) is hereby dismissed with prejudice without costs and/or attorney fees.

**SO ORDERED.**

DATED: _____     _____
                                                                THE HONORABLE MARILYN HALL PATEL

-3-

**STIPULATION AND ORDER**                                                  **CASE NO. CV 08-1935 MHP**