1  **PILLSBURY & LEVINSON, LLP**
   Terrence Coleman, ESQ. - State Bar No. 172183
2  600 Montgomery Street, 31st Fl.
   San Francisco, CA 94111
3  Telephone: (4150 433-8000
   Facsimile: (415) 433-4816
4  email: tcoleman@pillsburylevinson.com

5  Attorneys for Plaintiff Mark Stephan

6  **DALEY, DEBOFSKY & BRYANT**
   Mark D. DeBofsky, ESQ admitted *Pro Hac Vice*
7  55 W. Monroe Street, Ste 2440
   Chicago, Illinois 60603
8  Telephone: (312) 372-5200
   Facsimile: (312) 372-2778
9  email: mdebofskyy@addbchicago.com

10 Attorneys for Plaintiff Mark Stephan

11 **RIMAC MARTIN**
   a Professional Corporation
12 ANNA M. MARTIN, ESQ. - State Bar No. 154279
   WILLIAM REILLY, ESQ. - State Bar No. 177550
13 1051 Divisadero Street
   San Francisco, CA 94115
14 Telephone (415) 561-8440
   Facsimile: (415) 561-8430
15 email: amartin@rimacmartin.com, w_reilly@rimacmartin.com

16 Attorneys for Defendants
   THOMAS WEISEL PARTNERS, LLC
17 (Long-Term Disability Plan) and
   UNUM LIFE INSURANCE COMPANY OF AMERICA
18

19              **UNITED STATES DISTRICT COURT**

20              **NORTHERN DISTRICT OF CALIFORNIA**

21                   **SAN FRANCISCO DIVISION**

22 MARK STEPHAN,                         )   **E-FILING**
                                         )
23            Plaintiff,                 )   **CASE NO. CV 08 1935 MHP**
                                         )
24    vs.                                )   **STIPULATION OF DISMISSAL OF**
                                         )   **PREJUDICE OF DEFENDANT**
25 THOMAS WEISEL PARTNERS, LLC (Long-    )   **THOMAS WEISEL PARTNERS, LLC**
   Term Disability Plan) and UNUM LIFE   )   **(LONG TERM DISABILITY PLAN)**
26 INSURANCE COMPANY OF AMERICA,         )   **AND ORDER THEREON**
                                         )
27            Defendant.                 )
                                         )
28 _____)

-1-

**STIPULATION AND ORDER**                              **CASE NO. CV 08-1935 MHP**

1. Plaintiff's lawsuit seeks long term disability benefits pursuant to 29 U.S.C. Section 1132(a)(1)(b) under the Thomas Weisel Partners LLC (Long Term Disability Plan) ("Plan") which is wholly insured by Group Long Term Disability Policy, Number 537429 issued by UNUM Life Insurance Company of America.  Because plaintiff's lawsuit only seeks disability benefits under Group LTD Policy Number 537429, the parties agree that the Plan; i.e., Thomas Weisel Partners, LLC (Long Term Disability Plan), is not a necessary defendant and the lawsuit may proceed against UNUM as the sole defendant.

2. Based on the parties' stipulation in paragraph 1, above, Defendant Thomas Weisel Partners LLC (Long Term Disability Plan) as the Plan and only as the Plan, which is the sole capacity in which it has been named in this litigation, shall be dismissed from this lawsuit with prejudice and without costs and/or attorney fees.

**SO STIPULATED**

RIMAC MARTIN
*a Professional Corporation*

DATED: August 29, 2008        By:    /s/ ANNA MARTIN
                                     ANNA M. MARTIN
                                     Attorneys for Defendants
                                     UNUM LIFE INSURANCE COMPANY OF AMERICA


DALEY, DEBOFSKY & BRYANT

DATED: August 29, 2008        By:    /s/ MARK DEBOFSKY
                                     MARK D. DEBOFSKY
                                     Attorney for Plaintiff Mark Stephan


PILLSBURY & LEVINSON, LLP

DATED: August 29, 2008        By:    /s/ TERRENCE COLEMAN
                                     TERRENCE COLEMAN
                                     Attorney for Plaintiff Mark Stephan

-2-

**ORDER**

The parties having so stipulated, **IT IS HEREBY ORDERED** that Thomas Weisel Partners LLC (Long Term Disability Plan) is hereby dismissed with prejudice without costs and/or attorney fees.

**SO ORDERED.**

DATED: 8/29/2008



THE HONORABLE MARILYN H. PATEL

-3-

**STIPULATION AND ORDER**                                **CASE NO. CV 08-1935 MHP**