1  **RIMAC MARTIN**
   a Professional Corporation
2  ANNA M. MARTIN, ESQ. - State Bar No. 154279
   WILLIAM REILLY, ESQ. - State Bar No. 177550
3  1051 Divisadero Street
   San Francisco, CA  94115
4  Telephone (415) 561-8440
   Facsimile: (415) 561-8430
5  Email:  amartin@rimacmartin.com

6  Attorneys for Defendants
   THOMAS WEISEL PARTNERS, LLC
7  (Long-Term Disability Plan) and
   UNUM LIFE INSURANCE COMPANY OF AMERICA
8

9  **DALEY, DEBOFSKY & BRYANT**
   Mark D. DeBofsky, ESQ - *Pro Hac Vice*
10 55 W. Monroe Street, Ste 2440
   Chicago, Illinois 60603
11 Telephone: (312) 372-5200
   Facsimile: (312) 372-2778
12 Email:  mdebofsky@ddbchicago.com

13 **PILLSBURY & LEVINSON, LLP**
   Terrence Coleman, ESQ. - State Bar No. 172183
14 600 Montgomery Street, 31st Fl.
   San Francisco, CA 94111
15 Telephone: (4150 433-8000
   Facsimile: (415) 433-4816
16 email:  tcoleman@pillsburylevinson.com

17 Attorneys for Plaintiff
   MARK STEPHAN
18

19              **UNITED STATES DISTRICT COURT**

20        **NORTHERN DISTRICT OF CALIFORNIA  – SAN FRANCISCO DIVISION**

21
                                              **E-FILING**
22 MARK STEPHAN,                         )
                                         )  **CASE NO.  CV 08 1935 MHP**
23              Plaintiff,               )
                                         )  **STIPULATION TO EXTEND
24       vs.                             )  MEDIATION DEADLINE AND FOR
                                         )  TELEPHONIC APPEARANCE AT
25 THOMAS WEISEL PARTNERS, LLC (Long-    )  MEDIATION OF THE PARTIES
   Term Disability Plan) and UNUM LIFE   )  HERETO; [PROPOSED] ORDER
26 INSURANCE COMPANY OF AMERICA,         )  SUBJECT TO THE APPROVAL OF THE
                                         )  MEDIATOR.
27              Defendant.               )
                                         )
28 _____)

---

**-1-**
**STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE
AND FOR TELEPHONIC APPEARANCE AT MEDIATION                  CASE NO. CV 08-1935 MHP**

1    IT IS HEREBY STIPULATED by and between the parties hereto through their respective
2 attorneys of record that the deadline for the mediation of this matter, heretofore set for October
3 31, 2008, be extended to November 5, 2008.  Mediation is currently set with Judge Ellen James
4 of J.A.M.S. for November 3, 2008 at 10:00 a.m. in San Francisco.  Good cause exists for this
5 brief continuance of the mediation deadline to accommodate the participants' schedules.

6    IT IS FURTHER STIPULATED that plaintiff MARK STEPHAN and Mr. Stephan's
7 attorney, Mark Debofsky shall be permitted to appear at mediation by telephone.  Good cause
8 exists for this request as it would create a hardship if Mr. Stephan were required to travel to
9 California for mediation as a result of his medical condition, which includes a C2 fracture.  This
10 Court stated during a hearing held on May 29, 2008 that Mr. Stephan could appear at mediation
11 by telephone.  It is necessary for Mr. Debofsky to remain in Chicago with his client and
12 participate in mediation by telephone.  Mr. Stephan and Mr. Debofsky's participation will not be
13 diminished by their participation by telephone.

14    Because Mr. Stephan and Mr. Debofsky are unable to attend mediation in person, the
15 parties have agreed that the authorized representative for defendant UNUM LIFE INSURANCE
16 COMPANY, Ms. Nicole Pomerantz, shall be permitted to appear by telephone at the mediation
17 as well.   Ms. Pomerantz's participation will not be diminished by her telephone appearance.

18     All counsel and parties are agreed that plaintiff, plaintiff's counsel and defendants'
19 authorized representative appear telephonically, and Judge James has no objection to the parties'
20 telephonic participation at the mediation.

21    Pursuant to local rules, this document is being electronically filed through the Court's
22 ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
23 document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
24 concurred with the filing of this document; and (3) a record supporting this concurrence is
25 available for inspection or production if so ordered.

26    **SO STIPULATED**.

27 / / /

28 / / /

-2-
STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE
AND FOR TELEPHONIC APPEARANCE AT MEDIATION                    CASE NO. CV 08-1935 MHP

|   |   |   |   |
|---|---|---|---|
| | | | RIMAC MARTIN<br>*a Professional Corporation* |
| DATED: October 8, 2008 | | By: | /s/ ANNA M. MARTIN<br>ANNA M. MARTIN<br>Attorneys for Defendants<br>UNUM LIFE INSURANCE COMPANY OF AMERICA |
| | | | DALEY, DEBOFSKY & BRYANT |
| DATED: October 8, 2008 | | By: | /s/ MARK D. DEBOFSKY<br>MARK D. DEBOFSKY<br>Attorney for Plaintiff<br>MARK STEPHAN |
| | | | PILLSBURY & LEVINSON, LLP |
| DATED: October 8, 2008 | | By: | /s/ TERRENCE COLEMAN<br>TERRENCE COLEMAN<br>Attorney for Plaintiff<br>MARK STEPHAN |

### ORDER

The parties having so stipulated and good cause appearing therefor, **IT IS HEREBY ORDERED** that the mediation deadline in this matter is extended to November 5, 2008. Plaintiff and defendants' authorized representative may appear telephonically at the mediation.

**SO ORDERED. SUBJECT TO THE APPROVAL OF THE MEDIATOR.**

DATED: 10/9/2008

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT JUDGE

-3-
STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE
AND FOR TELEPHONIC APPEARANCE AT MEDIATION          CASE NO. CV 08-1935 MHP