**EXHIBIT E**

LAW OFFICES

# Daley, DeBofsky & Bryant

55 W Monroe St
Ste 2440
Chicago, Illinois 60603

VOICE (312) 372-5200
FAX (312) 372-2778
WEB ddbchicago.com

Frederick J. Daley Jr.
Mark D. DeBofsky
David A. Bryant
Marcie E. Goldbloom
James R. Comerford
Violet H. Borowski
Sandra M. Dye
Gregory A. Benker

Of Counsel
Heather F. Aloe

February 8, 2008

Stephanie LeSieur
The Benefits Center
Unum Life Insurance Company of America
P.O. Box 100158
Columbia, SC 29202-3158
**BY CERTIFIED MAIL**

RECEIVED
FEB 12 2008
13

RE:    Mark Stephan
       Claim No.: REDACTED
       Policy No.: 537429

Dear Ms. LeSieur:

We are pleased to present Mr. Stephan's appeal. While there is no dispute relating to Mr. Stephan's entitlement to benefits since Unum has acknowledged that Mr. Stephan is currently disabled, Unum and Mr. Stephan are in disagreement as to the amount of benefits properly payable. We contend Mr. Stephan is entitled to the maximum monthly benefit payable under the policy; and we are certain that after you review this submission and accompanying evidence you will agree that an error was made in the calculation of benefits and that benefits are properly payable in the sum of $20,000 per month. Thus, Mr. Stephan is owed an additional $10,000 per month since November 9, 2007, along with interest payable at the Illinois statutory rate of 9%. *See,* 215 ILCS 5/357.9 or 5/357.9a.

From the time the claim was submitted, Unum was aware that Mr. Stephan's annual rate of compensation was $500,000 (Employment Statement signed by Annette Steinharter on October 15, 2007). Ms. Steinharter further represented that premiums were paid on that rate of compensation. Unum was also provided with a letter to Mr. Stephan dated April 18, 2007 from Mark Fisher, General Counsel of Thomas Weisel Partners (TWP). The letter offered Mr. Stephan employment in the position of Managing Director. The April 18 letter recited that Mr. Stephan's base salary was $200,000; however, Mr. Stephan was guaranteed a bonus of $300,000 for his first 12 months of employment subject only to voluntary termination or termination of employment for cause. Mr.

UACL00985

Mark Stephan Appeal
February 8, 2008
Page 2 of 4

Fisher's letter made it clear that "[a]lthough bonuses are generally discretionary, you will be guaranteed $300,000 bonus for your first 12 months of employment."

In addition, we have obtained further information from Thomas Weisel Partners that we are pleased to share with you. A memo dated January 8, 2008 re-confirms that TWP guaranteed Mr. Stephan's bonus, and in addition to recording a compensation expense for Mr. Stephan attributable to his base salary ($16,667 per month), TWP also recorded a compensation expense attributable to the bonus payment of $17,500 each month along with an additional amount of $2,420 per month attributable to restricted stock units that formed a part of the bonus. Thomas Weisel Partners also forwarded a second memorandum to us dated January 17, 2008 explaining how it calculates aggregate premium. The TWP memo confirms that premiums are based on W-2 earnings and reconciled after bonuses are paid. Unum has therefore received or will soon receive premium payments on Mr. Stephan's behalf in an amount consistent with the foregoing.

Accordingly, the data provided confirms Mr. Stephan's earnings at the time of his disability were $36,566 per month at the time of his catastrophic accident on August 11, 2007. This is further proven by the attached check stubs and W-2 which also show a distribution of the accrued pro rata bonus at the end of calendar year 2007 (although salary payments ceased shortly after the disability payments from Unum began). Mr. Fisher further advised us that although individual managing directors' pay is not listed on securities reports, the aggregate amount reported to the Securities and Exchange Commission on forms 10-Q and 10-K reflect accrual of the bonus payments even before they are paid out.

According to the policy, the benefits payable to partners such as Mr. Stephan by Unum is calculated as follows:

1. Multiply your monthly earnings by 60%.
2. The maximum **monthly benefit** is $20,000.
3. Compare the answer from Item 1 with the maximum monthly benefit. The lesser of these two amounts is your gross **disability payment.**
4. Subtract from your gross disability payment any **deductible sources of income.**

Policy at LTD-BEN-2.

The policy then defines "Monthly Earnings" as "your average gross monthly income as figured:

a. from the income box on your W-2 form which reflects wages, tips and other compensation received from your Employer for the two (2) calendar years just prior to your date of disability; or
b. for the period of your employment with your Employer if you have been employed less than two (2) full calendar years prior to your date of disability.

UACL00986

Mark Stephan Appeal
February 8, 2008
Page 3 of 4

> Average gross monthly income is your total income before taxes.  It is prior to any
> deductions made for pre-tax contributions to a qualified deferred compensation plan,
> Section 125 plan, or flexible spending account.  It does not include income received
> from car, housing or moving allowances, Employer contributions to a qualified
> deferred compensation plan, or income received from sources other than your
> Employer."

Policy at LTD-BEN-2.

All of the information referenced above, including the relevant policy definitions, was submitted to
Carol Poulin, C.P.A., for his review.  Mr. Poulin, who has extensive financial experience relating to
disability insurance gained through his past work at Unum (see attached curriculum vitae), possesses
expertise particularly appropriate in relation to this matter.  After analyzing all of the
information, Mr. Poulin concludes that Unum has miscalculated the benefits due and that Mr.
Stephan is entitled to the full maximum benefit of $20,000.00 per month.  He considers Unum's
analysis absurd and suggests that had Mr. Stephan become disabled before he received his first
paycheck, Unum's logic would dictate that there were no earnings and no benefits payment, an
illogical conclusion.  Thus, the note in the claim file from Jim Cox dated 11/7/07 that looks only at
whether the bonus had actually been paid out suffers from the same mistaken logic.  Instead, the
conclusion reached by Mr. Poulin is the one that should be accepted:

> Although the guaranteed bonus is scheduled to be paid at a frequency of once per
> year, while his salary is paid at a frequency of twice per month, according to TWP,
> Mr. Stephan earned the bonus on a monthly basis and TWP accrued the bonus
> monthly. As such, Mr. Stephan's income consists of both his pro-rated
> salary and pro-rated guaranteed bonus. Mr. Stephan was paid a bonus check on
> 12/28/2007 of $206,667.00 for his term of employment at TWP in 2007.

Based on Mr. Poulin's opinions derived from the evidence, Unum's calculation of monthly benefits
is clearly erroneous.  The "Pre-Disability Monthly Earnings (BME) or Weekly Earnings (BWE)
Calculation Worksheet" only considered Mr. Stephan's base earnings.  Since it is evident that he
was credited with a pro rata share of his bonus each month, the calculations were not, as claimed,
made in accordance with the policy.

Although there have been few court cases that have dealt with the issues presented here, *Hemenway
v. Unum Life Insurance Company,* 89 Fed. Appx. 630; 2004 U.S. App. LEXIS 4011 (9th Cir. 2004)
is all but dispositive.  There, the court remarked:

> BME [Basic Monthly Earnings] includes the full proportion of any bonuses
> attributable to the months worked prior to the date disability begins, regardless of
> when those bonuses are actually received by the employee. Hemenway's employer,
> Booz Allen & Hamilton, awards performance bonuses mid-June based on employee

UACL00987

Mark Stephan Appeal
February 8, 2008
Page 4 of 4

performance during the previous fiscal year (ending March 31). An employee's performance bonus is thus compensation for the months worked during the fiscal year, regardless of the fact that the employee does not receive the bonus until after the completion of the fiscal year. *2-*3.

Other cases ruling that insurers cannot view only the monies paid prior to the date of disability onset in calculating BME include *Gibbs v. CIGNA Corp.*, 440 F.3d 571, 576-579 (2nd Cir. 2006) which found that "guaranteed" compensation could not be disregarded in performing the BME calculation, and *Hawkins-Dean v. Metro. Life Ins. Co.*, 161 Fed. Appx. 684, 2006 U.S. App. LEXIS 389 (9th Cir. Cal. 2006); *on remand* 514 F. Supp. 2d 1197 (C.D. Cal. 2007) which found that all elements of compensation have to be taken into consideration. As in *Hawkins-Dean*, Mr. Stephan's wages as reported on both the payroll records we supply and on his W-2 include the bonus which he began accruing on the day he began working. Thus, Mr. Stephan's "average" gross monthly income earned and reported on his W-2 from the employment start date of April 23, 2007 through either August 10, 2007 or through December 31, 2007, places his earnings at a level that qualify him for the maximum benefit. We would also like to add that the use of the term "average" in the monthly earnings definition creates an ambiguity; and under the doctrine of *contra proferentem*, ambiguities in an insurance policy must be construed in favor of the insured even if the ERISA law governs the matter. *See, Phillips v. Lincoln National*, 978 F.2d 302 (7th Cir. 1992); *University Hospitals of Cleveland v. Emerson Elec. Co.*, 202 F.3d 839, 846 (6th Cir. 2000).

Accordingly, it is clear that based on the evidence in the record and the controlling guiding legal principles, the only rational basis upon which Mark Stephan's benefits can be calculated is by including the "guaranteed" bonus in his monthly earnings. Consequently, he qualifies for the maximum monthly benefit payable under the policy, along with interest payable on all overdue benefits.

While this appeal should, upon review, immediately lead to reversal of the benefit calculation previously made and the acceptance of Mr. Stephan's position, in the event Unum obtains any additional evidence, we demand the opportunity to both review and submit comments on any newly developed information prior to the issuance of the final claim determination in accordance with *Abram v. Cargill, Inc.*, 395 F.3d 882 (8th Cir. 2005), as well as *Harris v. Aetna Life Insur.Co.*, 379 F.Supp.2d 1366 (N.D.Ga. 2005), *White v. Reliance Standard Life Ins.Co.*, 2007 U.S.Dist.LEXIS 4633 (N.D.Ga. 1/22/2007), and *Smith v. Continental Cas.Co.*, 2007 U.S.Dist.LEXIS 51125 (N.D.Ga. 7/16/2007).

Very truly yours,

Mark D. DeBofsky
MDD/ns
Enclosure
cc:   Mark Stephan

UACL00988

*Claimant Name: Mark  Stephan*     *Claim #:*   REDACTED

Feb 05 08 09:12p   Margaret Stephan          847-446-8656          p.2

## 2007 W-2 and EARNINGS SUMMARY

**W-2 Wage and Tax Statement 2007**
Employee Reference Copy

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2007 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 327,949.00 | Social Security Tax Withheld Box 4 of W-2 | 6045.00 | IL State Income Tax Box 17 of W-2 | 9714.01 |
| | | | | SUI/SDI Box 14 of W-2 | |
| Fed. Income Tax Withheld Box 2 of W-2 | 74519.80 | Medicare Tax Withheld Box 6 of W-2 | 4701.82 | | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | IL State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 327,949.00 | 327,949.00 | 327,949.00 | 327,949.00 |
| Less Misc. Non Taxable Comp. | 967.50 | 967.50 | 967.50 | 967.50 |
| Less Other Cafe 125 | 2,718.33 | 2,718.33 | 2,718.33 | 2,718.33 |
| Wages Over Limit | N/A | 226,783.17 | N/A | N/A |
| Reported W-2 Wages | 324,263.17 | 97,500.00 | 324,263.17 | 324,263.17 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

MARK F. STEPHAN
680 WALDEN
WINNETICA, IL 60093

Social Security Number: REDACTED
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 4
STATE: 0

© 2007 ADP, INC.

---

**W-2 Wage and Tax Statement 2007**
Dept. of the Treasury – IRS

| | | | |
|---|---|---|---|
| c Control number 004130 14/VHW | Dept. 714000 | Corp. | Employer use only L   645 |

b Employer's name, address, and ZIP code
THOMAS WEISEL PARTNERS LLC
ONE MONTGOMERY ST #3700
SAN FRANCISCO CA 94104

Batch #00922

a Employee's name, address and ZIP code
MARK F. STEPHAN
680 WALDEN
WINNETICA, IL 60093

| a Employee's FED ID number REDACTED | b Employee's SSA number REDACTED |
|---|---|
| Wages, tips, other comp. 324263.17 | 2 Federal income tax withheld 74519.80 |
| 3 Social security wages 97500.00 | 4 Social security tax withheld 6045.00 |
| 5 Medicare wages and tips 324263.17 | 6 Medicare tax withheld 4701.82 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| Other | 12b |
| | 12c |
| | 12d |

| 15 State IL | Employer's state ID no. REDACTED | 16 State wages, tips, etc. 324263.17 |
|---|---|---|
| 17 State income tax 9714.01 | 19 Local wages, tips, etc. | 20 Locality name |

---

### Federal Filing Copy
**W-2 Wage and Tax Statement 2007**
Dept. of the Treasury – IRS
Copy B to be filed with employee's Federal Income Tax Return

| 1 Wages, tips, other comp. 324263.17 | 2 Federal income tax withheld 74519.80 |
|---|---|
| 3 Social security wages 97500.00 | 4 Social security tax withheld 6045.00 |
| 5 Medicare wages and tips 324263.17 | 6 Medicare tax withheld 4701.82 |
| d Control number 4130 14/VHW | Dept. 714000 | Corp. | Employer use only L  645 |

Employer's name, address, and ZIP code
THOMAS WEISEL PARTNERS LLC
ONE MONTGOMERY ST #3700
SAN FRANCISCO CA 94104

| b Employer's FED ID number REDACTED | Employee's SSA number REDACTED |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| Other | 12b |
| | 12c |
| | 12d |

Employee's name, address and ZIP code
MARK F. STEPHAN
680 WALDEN
WINNETICA, IL 60093

| 15 State IL | Employer's state ID no. REDACTED | 16 State wages, tips, etc. 324263.17 |
| 17 State income tax 9714.01 | 19 Local wages, tips, etc. | 20 Locality name |

---

### IL State Reference Copy
**W-2 Wage and Tax Statement 2007**
Dept. of the Treasury – IRS
Copy 2 to be filed with employee's State Income Tax Return

| 1 Wages, tips, other comp. 324263.17 | 2 Federal income tax withheld 74519.80 |
|---|---|
| 3 Social security wages 97500.00 | 4 Social security tax withheld 6045.00 |
| 5 Medicare wages and tips 324263.17 | 6 Medicare tax withheld 4701.82 |
| d Control number 004130 14/VHW | Dept. 714000 | Corp. | Employer use only L  645 |

Employer's name, address, and ZIP code
THOMAS WEISEL PARTNERS LLC
ONE MONTGOMERY ST #3700
SAN FRANCISCO CA 94104

| b Employer's FED ID number REDACTED | Employee's SSA number REDACTED |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |

Employee's name, address and ZIP code
MARK F. STEPHAN
680 WALDEN
WINNETICA, IL 60093

| 15 State IL | Employer's state ID no. REDACTED | 16 State wages, tips, etc. 324263.17 |
| 17 State income tax 9714.01 | 19 Local wages, tips, etc. | 20 Locality name |

---

### IL State Filing Copy
**W-2 Wage and Tax Statement 2007**
Dept. of the Treasury – IRS
Copy 2 to be filed with employee's State Income Tax Return

| 1 Wages, tips, other comp. 324263.17 | 2 Federal income tax withheld 74519.80 |
|---|---|
| 3 Social security wages 97500.00 | 4 Social security tax withheld 6045.00 |
| 5 Medicare wages and tips 324263.17 | 6 Medicare tax withheld 4701.82 |
| d Control number 004130 14/VHW | Dept. 714000 | Corp. | Employer use only L  645 |

Employer's name, address, and ZIP code
THOMAS WEISEL PARTNERS LLC
ONE MONTGOMERY ST #3700
SAN FRANCISCO CA 94104

| b Employer's FED ID number REDACTED | Employee's SSA number REDACTED |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |

Employee's name, address and ZIP code
MARK F. STEPHAN
680 WALDEN
WINNETICA, IL 60093

| 15 State IL | Employer's state ID no. REDACTED | 16 State wages, tips, etc. 324263.17 |
| 17 State income tax 9714.01 | 19 Local wages, tips, etc. | 20 Locality name |

UACL00989

Claimant Name: Mark Stephan    Claim #: REDACTED

**Earnings Statement**

**Mark F. Stephan**

**680 Walden**

**Winnetica, IL 60093**

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|----|--------|-----|----------|------------|-----------|------------|-----------|---------|---------|---------|------|
| VHW | REDACTED | 22-1 | 05/30/2007 | 05/31/2007 | REDACTED | | 12,948.71 | 8,908.34 | REDACTED | Check | Yes |

| Earnings | | | Rate | Hours | This Period |
|----------|---|---|------|-------|-------------|
| Regular | | | | 0.00 | 12,948.71 |

| Deductions | | Statutory | | |
|------------|---|-----------|---|---|
| | | Federal Income Tax | | -2,575.17 |
| | | Medicare | | -187.76 |
| | | Social Security | | -902.82 |
| | | IL Worked In State Income Tax | | -374.62 |

| Memos | | | | |
|-------|---|---|---|---|
| C | | | | 12,948.71 |

UACL00990

_Claimant Name: Mark  Stephan        Claim #:_  REDACTED

**Earnings Statement**
Mark F. Stephan
680 Walden
Winnetica, IL 60093

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Ver | Void |
|----|--------|-----|----------|------------|-----------|------------|-----------|---------|---------|---------|------|
| VI-fW | REDACTED | 22-1 | 05/30/2007 | 05/31/2007 | REDACTED | | 8,333.33 | 5,814.95 | REDACTED | Check | |

| Earnings | | | Rate | Hours | This Period |
|----------|--|--|------|-------|-------------|
| Regular | | | | 0.00 | 8,333.33 |

| Deductions | Statutory | |
|------------|-----------|--|
| | Federal Income Tax | -1,630.88 |
| | Medicare | -120.83 |
| | Social Security | -516.67 |
| | IL Worked In State Income Tax | -250.00 |

| Memos | |
|-------|--|
| C | 8,333.33 |

UACL00991

**Earnings Statement**

Mark F. Stephan

680 Walden

Winnetica, IL 60093

| Co | File# | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Ver | Void |
|----|-------|-----|----------|------------|-----------|------------|-----------|---------|---------|---------|------|
| VHW | REDACTED | 24-1 | 06/15/2007 | 06/15/2007 | REDACTED | | 8,333.33 | | REDACTED | Voucher | |

| Earnings | Rate | Hours | This Period |
|----------|------|-------|-------------|
| Regular | | 0.00 | 8,333.33 |

| Deductions | | | |
|------------|--|--|--|
| **Statutory** | | | |
| Federal Income Tax | | | -1,457.75 |
| Medicare | | | -111.67 |
| Social Security | | | -478.33 |
| IL Worked In State Income Tax | | | -231.45 |
| **Others** | | | |
| Ppo | | | -618.33 |
| Checking | | | -5,435.60 |
| **Memos** | | | |
| C | | | 8,333.33 |

UACL00992

*Claimant Name: Mark Stephan     Claim #:*  REDACTED

# Earnings Statement

Mark F. Stephan
580 Walden
Winnetka, IL 60093

| CO | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|----|--------|----|----------|-----------|-----------|-----------|-----------|---------|---------|---------|------|
| | | | | | | | 8,333.33 | | | REDACTED | Voucher |
| | REDACTED | | | | REDACTED | | | | | | |
| VHW | REDACTED | 26-1 | 06/29/2007 | 06/30/2007 | | | | | | | |

|  | Rate | Hours | This Period |
|--|------|-------|-------------|
| | | 0.00 | 8,333.33 |

## Earnings

Regular

## Deductions

| Statutory | | This Period |
|-----------|--|-------------|
| Federal Income Tax | | -1,581.68 |
| Medicare | | -118.29 |
| Social Security | | -505.81 |
| IL Worked In State Income Tax | | -244.76 |

| Others | | |
|--------|--|--|
| Ppo | | -175.00 |
| Checking | | -5,707.60 |

| Memos | | |
|-------|--|--|
| C | | 8,333.33 |

UACL00993

REDACTED

Claimant Name: Mark Stephan    Claim #:

**Earnings Statement**
Mark F. Stephan
680 Walden
Winnetica, IL 60093

| Co | Fil # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|----|-------|-----|----------|-----------|-----------|-----------|-----------|---------|---------|---------|------|
| VHW | REDACTED | 26-1 | 07/13/2007 | 07/15/2007 | REDACTED | | 8,333.33 | | REDACTED | Voucher | |

| Earnings | Rate | Hours | This Period |
|----------|------|-------|-------------|
| Regular | | 0.00 | 8,333.33 |

| Deductions | | | |
|------------|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | | -1,581.88 |
| Medicare | | | -118.30 |
| Social Security | | | -505.82 |
| IL Worked In State Income Tax | | | -244.75 |
| **Others** | | | |
| Ppo | | | -175.00 |
| Checking | | | -5,707.58 |

| Memos | | |
|-------|---|---|
| C | | 8,333.33 |

UACL00994

*Claimant Name: Mark Stephan        Claim #:*   REDACTED

**Earnings Statement**

Mark F. Stephan

680 Walden

Winnetica, IL 60093

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|----|--------|-----|----------|------------|-----------|------------|-----------|---------|---------|---------|------|
| VHW | REDACTED | 30-1 | 07/30/2007 | 07/31/2007 | REDACTED | | 8,333.33 | | REDACTED | Voucher | |

| Earnings | Rate | Hours | This Period |
|----------|------|-------|-------------|
| Regular | | 0.00 | 8,333.33 |

| Deductions | | |
|------------|---|---|
| Statutory | | |
| Federal Income Tax | | -1,581.68 |
| Medicare | | -118.29 |
| Social Security | | -505.82 |
| IL Worked in State Income Tax | | -244.75 |
| | | |
| Others | | |
| Ppo | | -175.00 |
| Checking | | -5,707.59 |

| Memos | | |
|-------|---|---|
| C | | 8,333.33 |

UACL00995

*Claimant Name: Mark Stephan      Claim #:* REDACTED

**Earnings Statement**

Mark F. Stephan

680 Walden

Winnetica, IL 60093

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|----|--------|----|----------|-----------|-----------|-----------|-----------|---------|---------|---------|------|
| VHW | REDACTED | 33-1 | 08/15/2007 | 08/15/2007 | REDACTED | | 8,333.33 | | REDACTED | Voucher | |

| Earnings | Rate | Hours | This Period |
|----------|------|-------|-------------|
| | | 0.00 | 8,333.33 |
| Regular | | | |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | | -1,551.78 |
| | Medicare | | -116.74 |
| | Social Security | | -499.15 |
| | IL Worked In State Income Tax | | -241.62 |
| | Others | | |
| | Parking Reimburse | | -107.50 |
| | Ppo | | -175.00 |
| | Checking | | -5,641.64 |

| Memos | | |
|-------|--|--|
| C | | 8,333.33 |

UACL00996

*Claimant Name: Mark  Stephan*     *Claim #:* REDACTED

**Earnings Statement**
**Mark F. Stephan**
**680 Walden**
**Winnetka, IL 60093**

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|----|--------|----|----------|-----------|-----------|-----------|-----------|---------|---------|---------|------|
| VHW | REDACTED | 36-2 | 08/30/2007 | 08/31/2007 | REDACTED | | 8,333.33 | | REDACTED | Voucher | |

| Earnings | | | Rate | Hours | This Period |
|----------|---|---|------|-------|-------------|
| Regular | | | | 0.00 | 8,333.33 |

| Deductions | | Statutory | | |
|------------|---|-----------|---|---|
| | | Federal Income Tax | | -1,551.78 |
| | | Medicare | | -116.74 |
| | | Social Security | | -499.15 |
| | | IL Worked In State Income Tax | | -241.52 |
| | | **Others** | | |
| | | Parking Reimburse | | -107.50 |
| | | Ppo | | -175.00 |
| | | Checking | | -5,641.64 |

| Memos | | | |
|-------|---|---|---|
| C | | | 8,333.33 |

UACL00997

*Claimant Name: Mark  Stephan        Claim #:*  REDACTED

**Earnings Statement**

Mark F. Stephan

680 Walden

Winnetica, IL 60093

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|----|--------|-----|----------|------------|-----------|------------|-----------|---------|---------|---------|------|
| VHW | REDACTED | 37-1 | 09/14/2007 | 09/15/2007 | REDACTED | | 8,333.33 | | REDACTED | Voucher | |

| Earnings | | | Rate | Hours | This Period |
|----------|---|---|------|-------|-------------|
| Regular | | | | 0.00 | 8,333.33 |

| Deductions | Statutory | |
|------------|-----------|---|
| | Federal Income Tax | -1,551.75 |
| | Medicare | -116.74 |
| | Social Security | -499.15 |
| | IL Worked In State Income Tax | -241.52 |
| | **Others** | |
| | Parking Reimburse | -107.50 |
| | Ppo | -175.00 |
| | Checking | -5,641.64 |

| Memos | |
|-------|---|
| C | 8,333.33 |

UACL00998

*Claimant Name: Mark  Stephan        Claim #:*        REDACTED

**Earnings Statement**
Mark F. Stephan
680 Walden
Winnetka, IL 60093

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Ver | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VHTW | REDACTED | 39-1 | 09/28/2007 | 09/30/2007 | REDACTED | | 8,333.33 | | REDACTED | Voucher | |

| Earnings | | | | Rate | Hours | This Period |
|---|---|---|---|---|---|---|
| Regular | | | | | 0.00 | 8,333.33 |

| Deductions | | Statutory | | |
|---|---|---|---|---|
| | | Federal Income Tax | | -1,551.78 |
| | | Medicare | | -116.73 |
| | | Social Security | | -499.15 |
| | | IL Worked in State Income Tax | | -241.52 |
| | | **Others** | | |
| | | Parking Reimburse | | -107.50 |
| | | Ppo | | -175.00 |
| | | Checking | | -5,641.65 |

| Memos | | |
|---|---|---|
| C | | 8,333.33 |

UACL00999

Claimant Name: Mark  Stephan      Claim #:  REDACTED

**Earnings Statement**
Mark F. Stephan
680 Walden
Winnetka, IL 60093

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|----|--------|----|----------|------------|-----------|-----------|-----------|---------|---------|---------|------|
| VHW | REDACTED | 41-1 | 10/15/2007 | 10/15/2007 | REDACTED | | 8,333.33 | | REDACTED | Voucher | |

| Earnings | | | Rate | Hours | This Period |
|----------|--|--|------|-------|-------------|
| Regular | | | | 0.00 | 8,333.33 |

| Deductions | | | | |
|------------|--|--|--|--|
| | Statutory | | | |
| | Federal Income Tax | | | -1,551.78 |
| | Medicare | | | -116.74 |
| | Social Security | | | -499.15 |
| | IL Worked In State Income Tax | | | -241.52 |
| | | | | |
| | Others | | | |
| | Parking Reimburse | | | -107.50 |
| | Ppo | | | -175.00 |
| | Checking | | | -5,641.64 |

| Memos | | |
|-------|--|--|
| C | | 8,333.33 |

UACL01000

Claimant Name: Mark Stephan      Claim #: REDACTED

# Earnings Statement
**Mark F. Stephan**

680 Walden

Winnetica, IL 60093

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VHW | REDACTED | 44-1 | 10/30/2007 | 10/31/2007 | REDACTED | | 8,333.33 | | REDACTED | Voucher | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 0.00 | 8,333.33 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | | -1,551.78 |
| Medicare | | | -116.74 |
| Social Security | | | -233.98 |
| IL Worked In State Income Tax | | | -241.52 |
| **Others** | | | |
| Parking Reimburse | | | -107.50 |
| Ppo | | | -175.00 |
| Checking | | | -5,906.81 |

| Memos | | |
|---|---|---|
| C | | 8,333.33 |

UACL01001

**Earnings Statement**

**Mark F. Stephan**

**680 Walden**

**Winnetica, IL 60093**

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|----|--------|----|----------|------------|-----------|------------|-----------|---------|---------|---------|------|
| VHW | REDACTED | 46-1 | 11/15/2007 | 11/15/2007 | REDACTED | | 8,333.33 | | REDACTED | Voucher | |

| Earnings | | | Rate | Hours | This Period |
|----------|--|--|------|-------|-------------|
| Regular | | | | 0.00 | 8,333.33 |

| Deductions | | Statutory | |
|------------|--|-----------|--|
| | | Federal Income Tax | -1,551.78 |
| | | Medicare | -116.73 |
| | | IL Worked In State Income Tax | -241.52 |
| | | **Others** | |
| | | Parking Reimburse | -107.50 |
| | | Ppo | -175.00 |
| | | Checking | -6,140.80 |

| Memos | |
|-------|--|
| C | 8,333.33 |

UACL01002

**Earnings Statement**
Mark F. Stephan
680 Walden
Winnetica, IL 60093

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|----|--------|-----|----------|-----------|-----------|-----------|-----------|---------|---------|---------|------|
| VHW | REDACTED | 48-1 | 11/30/2007 | 11/30/2007 | REDACTED | | 8,333.33 | | REDACTED | Voucher | |

| Earnings | Rate | Hours | This Period |
|----------|------|-------|-------------|
| Regular | | 0.00 | 8,333.33 |

| Deductions | | This Period |
|------------|--|-------------|
| **Statutory** | | |
| Federal Income Tax | | -1,551.76 |
| Medicare | | -116.74 |
| IL Worked In State Income Tax | | -241.52 |
| **Others** | | |
| Parking Reimburse | | -107.50 |
| Ppo | | -175.00 |
| Checking | | -6,140.79 |

| Memos | | |
|-------|--|--|
| C | | 8,333.33 |

*Claimant Name: Mark  Stephan*        *Claim #:* REDACTED

**Earnings Statement**

Mark F. Stephan
680 Walden
Winnetica, IL 60093

| Cox | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|-----|--------|-----|----------|------------|-----------|------------|-----------|---------|---------|---------|------|
| VHW | REDACTED | 52-1 | 12/28/2007 | 12/31/2007 | REDACTED | | | | REDACTED | Voucher | |

Discr. Bonus

206,667.00

0.00                206,667.00

**Deductions**

**Statutory**

Federal Income Tax                        -51,595.12
Medicare                                  -2,992.58
IL Worked In State Income Tax             -6,191.53

**Others**

Parking Reimburse
Ppo                                       -107.50
Checking                                  -175.00
                                          -145,604.27

**Memos**

C

206,667.00

UACL01004

Claimant Name: Mark  Stephan        Claim #:   REDACTED



## Thomas Weisel Partners
### Experts in Growth

## Memorandum

Date:   January 8, 2008
To:     Mark DeBofsky
From:   Thomas Weisel Partners
Re:     2007 Compensation Expense Associated with Mark Stephan

Upon joining TWP, Mark Stephan began receiving an annual $200,000 base salary. Accordingly, in each month prior to the date of Mark's disability, TWP recorded compensation expense, associated with Mark's base salary, of $16,667 (1/12 of $200,000).

Upon joining TWP, Mark Stephan received a guarantee that he would receive a $300,000 bonus for his first twelve months of employment. That guaranteed bonus was to be paid in a combination of cash and stock consistent with TWP's compensation policies. According to TWP compensation policies, a $300,000 bonus would be paid $210,000 in cash and $90,000 in Restricted Stock Units (RSUs). Accordingly, in each month prior to the date of Mark's disability, TWP recorded compensation expense, associated with the cash component of Mark's guaranteed bonus payment, of $17,500 (1/12 of $210,000). With respect to the RSU component of Mark's guaranteed bonus payment, no amounts were expensed as compensation prior to the date of Mark's disability.

Upon joining TWP, Mark Stephan received a guarantee that he would receive $150,000 of Restricted Stock Units (RSUs) in July 2007. In accordance with U.S. Generally Accepted Accounting Principals (GAAP) TWP expenses these RSUs ratably over a four-year vesting period subject to an estimated rate of forfeiture (which in the case of Managing Directors is approximately 9% per annum). Accordingly, in each month after the July RSU grant and prior to the date of Mark's disability, TWP recorded compensation expense associated with Mark Stephan's RSUs $2,420 (1/48 of $116,167 – the forfeiture adjusted value of the RSU grant).

In the aggregate, therefore, in each month prior to the date of Mark's disability, TWP recorded compensation expense associated with Mark's employment by TWP either $36,566 (i.e., $16,667 + $2,420 + $17,500) for the period after the July RSU award or $34,167 (i.e., $16,667 + $17,500) for the period before the July RSU award.

REDACTED

UACL01005

Claimant Name: Mark  Stephan        Claim #:



**Thomas Weisel Partners**
*Experts in Growth*

## Memorandum

Date:   January 17, 2008
To:     Mark DeBofsky
From:   TWP Human Resources
Re:     TWP Long Term Disability Premiums

Long Term disability ("LTD") is a "self-billed" benefit, which means that Thomas Weisel Partners ("TWP"), through its Third Party Administrator ("TPA"), calculates a single aggregate monthly premium that TWP then pays to its LTD carrier, UNUM.

Each month, TPA calculates an aggregate premium amount based on (1) compensation data that TWP provides annually to TPA at the time of TWP's benefits Open Enrollment period in November of each year (the "Annual Data") and (2) supplemental data for new employees who were added to TWP's payroll after the end of the most recent calendar year (the "Supplemental Data"). The Annual Data includes the current annual salary rate along with year-to-date bonuses and commissions paid to each employee in that calendar year. The Supplemental Data only includes base salary data. TPA has confirmed with UNUM that UNUM does not require any update to employees' compensation other than the information contained in the Annual Data and the Supplemental Data.

In the case of TWP's employees who are not Managing Directors ("MDs"), those employees pay their monthly LTD premium directly via payroll deductions each pay-period. In the case of TWP employees who are MDs, TWP pays the LTD premium for that employee, and the employee then pays only the tax on the premium, which results in an "employee-paid benefit" that is eligible for tax free disbursement. Historically, the value of the firm-paid premium was reflected as income to the MD on their W2 in order to capture taxes against that income. Beginning in 2008, the income and tax due will be reflected each pay-period.

UACL01006

**P** **Poulin Investments**
**& Advisory Services**
276 Canco Road - Granite Heights
Portland, ME 04103

Phone: 207-773-1580
Fax: 207-773-4951
Carol@PoulinInvestments.com
www.PoulinInvestments.com

February 7, 2008

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 W. Monroe Street, Suite 2440
Chicago, IL 60603

RE:   Mark F. Stephan
      Policy Number 537429
      Claim Number REDACTED
      Date of Disability 8/11/2007

Dear Mr. DeBofsky:

I have nineteen years of experience working with Long Term Disability (LTD) claims from a financial perspective. My experience began in 1989 at UNUM in the LTD Claim Division as their first CPA to assist claims payers to:

- understand the financial complexities of various tax documents provided along with LTD claim applications,
- review tax documents provided to determine earnings loss (pre and post disability), and
- provide financial training to claims payers and claim management staff.

I hired, trained and managed various CPAs in my department to perform the same aforementioned tasks. I was closely involved in developing the LTD contract language for Basic Monthly Earnings definitions for the new LTD contract developed by UNUM in the 1990s – the same contract that Mr. Stephan is currently covered under. I was an expert witness as a UNUM employee on financially complex claims. I performed these and other tasks in the LTD Claims Department for ten years. After leaving UNUM in late 1999, I became self employed providing tax preparation, investment related services and disability claim related services. I provide disability claim related services to attorneys as well as insurance companies (UNUM, Hartford Life, DRMS, etc.).

I have reviewed the following documents regarding Mr. Stephan's disability claim:

- 2007 Earnings Statements (Pay Stubs) issued by his employer including a guaranteed bonus payment statement issued on 12/28/07.
- 2007 IRS Form W-2
- Various memorandums from Thomas Weisel Partners to you.
- Mr. Stephan's UNUM disability claim application.
- Mr. Stephan's "Employment Terms" letter (i.e. his employment/compensation agreement).

*Planning & Investing For Your Lifestyle*

Carol Poulin is a Registered Representative and Investment Adviser Representative with, and offers securit REDACTED services through Commonwealth Financial Network, Member FINRA/SIPC, a Registered Investmen

UACL01007

- Various UNUM Claim Documents (Activity, Letter Detail, Action Plan – Claim Management, etc.).
- UNUM's Pre-Disability Monthly Earnings Calculation Worksheet.
- Thomas Weisel Partners' Premium Statement from UNUM.
- UNUMProvident letters dated 12/3/07 and 12/12/07.

Mr. Stephan's earnings were insured under UNUM's Long Term Disability insurance policy number 537429 when he became employed by Thomas Weisel Partners (TWP) on April 23, 2007. Mr. Stephan's insured earnings under this policy are defined by UNUM as follows:

"Monthly Earnings" means your average gross monthly income as figured:

  a.   from the income box on your W-2 form which reflects wages, tips and other compensation received from your Employer for the two (2) calendar years just prior to your date of disability; or

  b.   for the period of your employment with your Employer if you have been employed less than two (2) full calendar years prior to your date of disability.

Average gross monthly income is your total income before taxes. It is prior to any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 125 plan, or flexible spending account. It does not include income received from car, housing or moving allowances, Employer contributions to a qualified deferred compensation plan, or income received from sources other than your Employer.

In Mr. Stephan's Employment Terms letter from TWP dated April 18, 2007, Mr. Stephan's compensation consisted of a $200,000 annual salary ($200,000 divided by 12 months equals a monthly salary of $16,666.66) and a GUARANTEED BONUS of $300,000 ($300,000 divided by 12 months equals a monthly guaranteed bonus of $25,000.00). Mr. Stephan's total monthly compensation at his date of disability was $41,666.66. The maximum monthly covered earnings for calculation of the maximum monthly disability benefit for an individual is $33,333.33. This level of earnings times the benefit percentage of 60% results in a monthly maximum benefit due Mr. Stephan of $20,000.00.

As Mr. Stephan had not been employed with TWP for two years at the time of his disability, his monthly LTD benefit must be calculated based on section "b" of the aforementioned Monthly Earnings definition. Mr. Stephan's monthly earnings, as quoted in his Employment Terms letter, are based on a combination of his annual salary of $200,000 and his annual guaranteed bonus of $300,000. The "annual salary" is paid twice per month at a rate of $16,666.66 per check and the "annual guaranteed bonus" was to be paid once per year in one lump sum. Although the guaranteed bonus is scheduled to be paid at a frequency of once per year, while his salary is paid at a frequency of twice per month, according to TWP, Mr. Stephan earned the bonus on a monthly basis and TWP accrued the bonus monthly. As such, Mr. Stephan's monthly income

UACL01008

consists of both his pro-rated salary and pro-rated guaranteed bonus. Mr. Stephan was paid a bonus check on 12/28/2007 of $206,667.00 for his term of employment at TWP in 2007.

If Mr. Stephan had become disabled before his first salary paycheck had been generated, would UNUM's position be that as Mr. Stephan had not yet received ANY income, he is due NO benefit? Obviously not - UNUM would have used the insured's contractual compensation. UNUM's calculation of Mr. Stephan's compensation based on a perspective of the "receipt" of a "frequency of payment" (annual, semi-annual, monthly or semi-monthly) for a given type of compensation (salary vs. guaranteed bonus) is ludicrous as it is clear that TWP's guaranteed compensation to Mr. Stephan is $500,000 annually ($200,000 salary and $300,000 guaranteed bonus). Had Mr. Stephan not become disabled in 2007, his earnings would have been his pro-rated $200,000 annual salary and the actual guaranteed bonus of $206,667 paid on 12/28/07 (pro-rated for his term of employment in 2007).

TWP and TWP's Third Party Administrator for the UNUM LTD Plan reported Mr. Stephan's income appropriately and remitted premium appropriately as required by UNUM.

Mr. DeBofsky, should you have any questions or desire additional information, please feel free to call me.

Sincerely,

*Carol G Poulin*

Carol G. Poulin, CFE-Retired, CPA, CFP®
CERTIFIED FINANCIAL PLANNER™

UACL01009

**CAROL G. POULIN, CPA, CFP®**
**276 Canco Road – Granite Heights, Portland, Maine 04103**
**Phone 207-773-1580  -  Fax 207-775-4951**

## EDUCATION

University of Southern Maine, Portland, ME   B.S. In Business
Administration/Cum Laude, 1981
A.S. Business Administration Summa Cum Laude, 1977

## PROFESSIONAL CERTIFICATIONS – LICENSES

CERTIFIED FINANCIAL PLANNER™ Certification 02/2007
Certified Public Accountant, 1989
Certified Fraud Examiner, 1992 - Retired
General Securities Representative, NASD Series 7, 1999
Uniform Securities Agent State Law Exam, NASD Series 63, 1999
Life, Health, Variable Contracts Insurance Licensed, 2001
Uniform Investment Adviser Law Exam, NASD Series 65, 2003

## EXPERIENCE

**POULIN INVESTMENTS & ADVISORY SERVICES** Portland, ME  9/2007 Present
*President*

- Formed this entity to provide consulting in the areas of financial planning,
  investments, insurance, retirement planning and estate planning.

**POULIN FINANCIAL SERVICES, LLC, PA**     Portland, ME  10/1999 to 08/2007
*50% Owner/Member*

- A firm of Certified Public Accountants dedicated to providing accounting,
  tax preparation, business consulting, investments and estate planning
  services.
- Direct a staff of 7 people supporting tax preparation, financial planning,
  investments, insurance and estate planning.
- Oversee the day-to-day operations of the business including marketing
  and seminars.
- I personally provide tax preparation, business consulting, financial
  planning, investments, insurance and estate planning services to existing
  clients and market the general public for new business.

UACL01010

Claimant Name: Mark  Stephan       Claim #: REDACTED

Page 2

**UNUM**                                                    Portland, ME 11/1981 to 10/1999
*Director Financial Assessment (1993 to 1999)*
*Manager Financial Assessment (1989 to 1993)*

Directed a staff of 22 people supporting the Long Term Disability (LTD)
organization, which grew from 250 in 1989 to 600+ people in 1998.  Managed a
cost center budget of $2.5 million.  Started with only two employees in 1989 and
assumed additional areas of accountability requiring growth to 22 staff in 1992.
Examined Long Term Disability (LTD) claims from a financial perspective,
determined levels of loss and benefit, and subsequent reductions in benefits
resulting from changes in employment status. Within the first year assumed the
LTD benefit tax reporting function including inquiries requiring interpretation and
explanation to salespeople, claimants, policy holders, brokers, attorneys, etc.  In
1992, assumed control of all budgeting including expense analysis and
management for the LTD Organization with a budget of $20 million, which grew
to $110 million in 1998.  Conducted all LTD human resource analysis including
staffing patterns and utilization.  Continually improved analysis/reporting and
initiated changes for savings that ranged up to $1 million a year. Oversaw all tax
reporting to the IRS, 40+ states, and Canadian federal and provincial
governments. Expanded tax reporting, remittance, and related customer service
to include Short Term Disability, Self-Insured Long and Short Term Disability,
and Life Benefits organizations.   Added the payroll tax deposit function that
accounted for  $71 million in annual tax deposits. Negotiated leases and
coordinated moves for the entire 600+ employee organization locally and
nationwide.  Added responsibility for the making of banking arrangements for
customers, reconciliation of bank accounts, negotiation of bank fees, and
issuance/tracking of 30,000+ vendor checks. Enhanced risk management
decision-making and customer service by initiating and implementing a totally
electronic system that dramatically reduced check issuance time to claimants.

*Senior Financial Analyst  (1986-1989)*  - Responsible for management of the
division financial planning and reporting process; evaluation of historical trends
and relationships through the use of statistical and modeling techniques;
development, enhancement and implementation (training & documentation) of
financial accounting systems for EB Finance and the product lines; and
participation in strategic planning process and special financial studies.  These
responsibilities required on my part:  initiative, effective communication with
individuals on financial issues where financial issues may not have been the
mainstream or nature of their expertise, ability to think conceptually on issues,
creative problem solving, strong background in financial theories and
applications, and team player with flexibility to deal with many issues
simultaneously.

UACL01011

REDACTED

*Claimant Name:  Mark   Stephan*        Claim #:

Page 3

*Senior Accountant  (1983-1986)* – Responsible for coordinating and directing the preparation of all external financial reports such as statutory statements (U. S. and Canadian), audited reports, Policy owner statement and required registration forms; development, recommendation and implementation of accounting standards, processes and procedures for all companies; responsible for integrity of various Corporate Finance System applications; significant contribution to coordination of internal and external audits; promote a competent well-motivated staff capable of attaining current and future goals.

*Accountant  (1981-1983)* - Responsible for the preparation of external financial reports which included Statutory statements, annual reports, consolidated reports and other industry reports, both U.S. and Canadian; review of accounting activity for all companies; maintenance and enhancement of the Corporate Financial Information System, Annual Statement Assembly Program and Canadian Annual Statement Assembly Program; provide accurate and timely responses to all inquiries generated by regulatory examination of U. S. and Canadian statements and reports; worked with internal and external auditors during all audits.

**McDonald's Tax and Accounting**                    Portland, ME   1979 to 1981
*Accountant/Tax  Preparer* - Developed thorough knowledge of Income Tax Regulations and various client accounting methods to serve individuals, partnerships, and corporations. Ongoing interaction with IRS, federal, state, and local tax and regulatory agencies.  Represented clients at zoning boards, IRS, and legal fact finding meetings. This position included financial advising as well as establishing and maintaining company client records.  Responsible for:  hiring and training new employees, general office supervision.

## ADDITIONAL INFORMATION

*Military:* U. S. Army 1972- 1975

UACL01012

Claimant Name: Mark  Stephan        Claim #: REDACTED



First Class Mail

Daley, Debofsky & Bryant
55 West Monroe Street, Suite 2440
Chicago, IL 60603

Stephanie LeSeur
The Benefits Center
Unum Life Insurance Company of America
P.O. Box 100158
Columbia, SC 29202-3158

Claimant Name: Mark Stephan    Claim #: REDACTED

UACL01013