**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK STEPHAN

      Plaintiff,

v.

THOMAS WEISEL PARTNERS, LLC and
UNUM LIFE INSURANCE COMPANY OF
AMERICA

      Defendants,
_____/

No. C 08-1935 MHP

**JUDGMENT**

(Fed.R.Civ.P. 58)

      This matter having come on for hearing on cross-motions for summary judgment, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed granting the defendant's motion and denying plaintiff's motion, this action is dismissed in its entirety and now therefore,

      IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion for summary judgment is GRANTED and plaintiff's motion for summary judgment is DENIED and this action is DISMISSED in its entirety.

Date: July 22, 2010

                                                            MARILYN HALL PATEL
                                                          United States District Court Judge