**RIMAC MARTIN, P.C.**
Anna M. Martin – CA Bar No. 154279
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**PILLSBURY & LEVINSON, LLP**
Terrence J. Coleman – State Bar No. 172181
600 Montgomery Street, 31st Floor
San Francisco, CA 94111

**DALEY, DeBOFSKY & BRYANT**
Mark D. DeBofsky *Pro Hac Vice*
55 W. Monroe Street, Suite 2440
Chicago, IL 60603
Telephone: (312) 372-5200
Facsimile: (312) 372-2778

Attorneys for Plaintiff
MARK STEPHAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STEPHAN, | CASE NO.  3:08-cv-01935 MHP |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| THOMAS WEISEL PARTNERS, LLC , (Long-Term Disability Plan) and UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |

1

STIPULATION OF DISMISSAL WITH PREJUDICE
[PROPOSED] ORDER
Case No. 3:08-CV-01935 MHP

IT IS HEREBY STIPULATED by and between the Plaintiff MARK STEPHAN and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**

**DALEY, DeBOFSKY & BRYANT**

DATED: November 30, 2012      By: */S/ Mark D. DeBofsky*
MARK D. DeBOFSKY
Attorneys for Plaintiff
MARK STEPHAN

**RIMAC MARTIN, P.C.**

DATED: November 30, 2012      By: */S/ Anna M. Martin*
ANNA M. MARTIN
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA

SO ORDERED.

Dated: _1/31/13_

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Hon. ~~Marilyn H. Patel~~  Edward M. Chen
United States District Judge

# CERTIFICATE OF SERVICE

*Stephan v. Thomas Weisel Partners, et al.*
Case No.  3:08-CV-01935 MHP

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1051 Divisadero Street, San Francisco, California 94115.

On November 30, 2012, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

***STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER***

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on November 30, 2012 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Robin Hale | */s/ Robin Hale* |
|---|---|
| (Type or print name) | (Signature) |